UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OXFORD HEALTH PLANS LLC and
OXFORD HEALTH INSURANCE, INC.

   v             3:05cv549 (SRU)

HEALTH MONITORING SERVICES OF
AMERICA, INC. And NATIONAL
DIAGNOSTIC SERVICES OF AMERICA

## DEFAULT JUDGMENT

  The defendant having failed to obtain substitute counsel as ordered by the Court on February 28, 2006, and a default under F.R.C.P. 55(a) having been entered on July 27, 2006, and

  The plaintiff, Oxford Health Plans LLC and Oxford Health Insurance, Inc., having filed on August 4, 2006, a Motion for Default Judgment and Affidavits in Support of Entry of Default Judgment pursuant to the provisions of the Rule 55(b)(1) of the Federal Rules of Civil Procedure and the court having granted the motion for default judgment on October 17, 2006, it is hereby

  ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs against the defendants in the amount of $l32,828.43 in actual damages from March 31, 2002 through March 31, 2005, $265,656.86 in treble damages, and $27,115.48 for costs, fees and expenses for a total judgment of $425,600.77.

  Dated at Bridgeport, Connecticut, this 18th day of October 2006.

                  KEVIN F. ROWE, Clerk

                  By _/s/_____
                    Alice Montz
                    Deputy Clerk

Entered on Docket _____